|   |   |
|---|---|
| | Judge Marc Barreca |
| | Chapter 7 |

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON **AT SEATTLE**

| In re: | No. 11-22570-MLB |
|---|---|
| FOWLER, PEGGY ANN | AMENDED **REPORT ON SALE** |
| Debtor(s). | |

COMES NOW the Trustee, Edmund Wood, and submits this Report on Sale of Real Property.

This report is amended to reflect that the funds to the trustee were higher than in the original report on sale.

The H.O.A. dues were higher than the $1,710.00 shown on line 1310 of the HUD; as noted on line 1311 of the HUD an additional $1,953.42 was paid. The attorney fee contribution was reduced by this amount; leaving a net of $546.58 contribution to the attorney fees..

**1336 Bellevue Way SE #6, Bellevue WA 98004**

| | | |
|---|---|---|
| CONTRACT SALES PRICE | $ | 505,000.00 |
| HOA 3/713 to 4/1/13 | $ | 19.38 |
| TOTAL SALE PRICE | $ | 505,019.38 |
| Buyer's Premium | $ | 28,500.00 |
| TOTAL FUNDS RECEIVED FROM BUYER: | $ | 533,519.38 |
| LESS: | | |
| 1st - Select Portfolio Servicing | $ | 452,759.92 |
| Title Insurance (seller paid) | $ | 1,310.72 |
| Property Taxes - King County | $ | 876.64 |
| Realtor Commission - Lumin Brokers | $ | 17,675.00 |
| Realtor Commission - Windermere NW | $ | 12,625.00 |
| Escrow Closing Fee - WFG Title | $ | 1,746.30 |
| Lien Release Fee - Lumin Broker | $ | 2,500.00 |
| K.C. Sewage assessment | $ | 1,714.50 |

REPORT ON SALE

Page 1

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103
(206) 623-4382

Case 11-22570-MLB    Doc 59    Filed 09/12/13    Ent. 09/12/13 13:57:32    Pg. 1 of 7

| | | |
|---|---|---|
| HOA Balance: Brownstones | $ | 3,663.42 |
| Excise Tax - King County | $ | 9,501.30 |
| Recording fees | $ | 100.00 |
| **TOTAL COSTS OF SALE** | **$** | **504,472.80** |
| | | |
| TOTALS FUNDS RECEIVED | $ | 533,519.38 |
| LESS: TOTAL CLOSING COSTS | $ | 504,472.80 |
| **NET PROCEEDS TO TRUSTEE:** | **$** | **29,046.58** |
| | | |
| Buyer's Premium | $ | 28,500.00 |
| Attorney fee contribution | $ | 546.58 |
| **Funds deposited into estate** | **$** | **29,046.58** |

DATED September 10, 2013

_____
Edmund Wood, WSB # 03695

REPORT ON SALE

Page 2

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103
(206) 623-4382

Case 11-22570-MLB    Doc 59    Filed 09/12/13    Ent. 09/12/13 13:57:32    Pg. 2 of 7



# A. Settlement Statement (HUD-1)
WFG National Title Company
3120 Colby Ave, Suite 100
Everett, WA 98201
**FINAL**

OMB Approval No. 2502-0265

### B. Type of Loan
1. ☐ FHA  2. ☐ RHS  3. ■ Conv. Unins.  6. File Number: 30078799-327 JE4  7. Loan Number: 1013643  8. Mortgage Insurance Case Number:
4. ☐ VA  5. ☐ Conv. Ins

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

D. Name of Borrower: Ziying Wen
Address of Borrower: 10700 NE 10th St, Bellevue, WA 98004

E. Name of Seller: Trustee for Peggy Flower
Address of Seller: 1336 Bellevue Way SE #6, Bellevue, WA 98004

F: Name of Lender: Amerisave Mortgage Corp
Address of Lender: 3350 Peachtree Road, Ste 1000 Atlanta, GA 30326

FINAL HUD
Certified True and Correct Copy
WFG National Title Company

G. Property Location: 1336 Bellevue Way SE #6, Bellevue, WA 98004
King 1165100060
UNIT 1336, THE BROWNSTONES, A CONDO

H. Settlement Agent: WFG National Title Company
Place of Settlement: 3120 Colby Ave, Suite 100, Everett, WA 98201
I. Settlement Date: 03/07/2013 | Proration Date: 03/07/2013 | Funding Date: 03/07/2013 | Disburse Date: 03/07/2013

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract sales price | 505,000.00 | 401. Contract sales price | 505,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 45,022.42 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes to | | 406. City/town taxes to | |
| 107. County taxes to | | 407. County taxes to | |
| 108. Assessments to | | 408. Assessments to | |
| 109. HOA 03/07/2013 to 04/01/2013 | 19.38 | 409. HOA 03/07/2013 to 04/01/2013 | 19.38 |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 120. Gross Amount Due from Borrower | 550,041.80 | 420. Gross Amount Due to Seller | 505,019.38 |
| **200. Amounts Paid by or in Behalf of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit or earnest money | 8,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 404,000.00 | 502. Settlement charges to seller (line 1400) | 50,072.10 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. funds to close | 85,980.00 | 504. Payoff of first mortgage loan | 452,759.92 |
| 205. Tolerance Cure | 10.09 | 505. Payoff of second mortgage loan | |
| 206. Funds From 2nd Mortgage | 49,882.00 | 506. | |
| 207. Seller Paid Owners Policy | 1,310.72 | 507. Seller Paid Owners Policy | 1,310.72 |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes to | | 510. City/town taxes to | |
| 211. County taxes 01/01/2013 to 03/07/2013 | 876.64 | 511. County taxes 01/01/2013 to 03/07/2013 | 876.64 |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid by/for Borrower | 550,059.45 | 520. Total Reduction Amount Due Seller | 505,019.38 |
| **300. Cash at Settlement from/to Borrower** | | **600. Cash at Settlement to/from Seller** | |
| 301. Gross amount due from borrower (line 120) | 550,041.80 | 601. Gross amount due to seller (line 420) | 505,019.38 |
| 302. Less amounts paid by/for borrower (line 220) | 550,059.45 | 602. Less reductions in amount due seller (line 520) | 505,019.38 |
| 303. Cash ☐ From ■ To Borrower | 17.65 | 603. Cash ☐ To ☐ From Seller | |

## L. Settlement Charges

| 700. Total Real Estate Broker Fees | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| Division of commission (line 700) follows: | | | |
| 701. $ 17,675.00   to Lumin Brokers / Kirkland | | | |
| 702. $ 12,625.00   to Windermere Northwest | | | |
| 703. Commission paid at settlement | | | 30,300.00 |
| 704. | | | |

| 800. Items Payable In Connection with Loan | | | |
|---|---|---|---|
| 801. Our origination charge $5050.00 POCL   $ 5,745.00 (from GFE #1) | | | |
| 802. Your credit or charge (points) for the specific interest rate chosen $(5,130.80) (from GFE #2) | | | |
| 803. Your adjusted origination charges   (from GFE A) | | 614.20 | |
| 804. Appraisal fee to NOVO AMC C/O Security Pacific   (from GFE #3) | | 515.00 | |
| 805. Credit report to Equifax Mortgage Services C/O Securit   (from GFE #3) | | 24.15 | |
| 806. Tax service   (from GFE #3) | | | |
| 807. Flood certification   (from GFE #3) | | | |
| 808. Appraisal Review to NOVO AMC C/O Security Pacific | | 210.00 | |

| 900. Items Required by Lender to Be Paid in Advance | | | |
|---|---|---|---|
| 901. Daily interest charges  from 03/07/2013 to 04/01/2013  @ $42.8904 /day   (from GFE #10) | | 1,072.26 | |
| 902. Mortgage insurance premium   for 0 months to   (from GFE #3) | | | |
| 903. Homeowner's insurance   for 0 years to   (from GFE #11) | | | |
| 904. | | | |

| 1000. Reserves Deposited with Lender | | | |
|---|---|---|---|
| 1001. Initial deposit for your escrow account   (from GFE #9) | | 820.48 | |
| 1002. Homeowner's insurance   months @ $   $ | | | |
| 1003. Mortgage insurance   months @ $   $ | | | |
| 1004. Property taxes   3 months @ $ 410.2200   $ 1,230.66 | | | |
| 1005.   months @ $   $ | | | |
| 1006.   months @ $   $ | | | |
| 1007. Aggregate adjustment   $(410.18) | | | |

| 1100. Title Charges | | | |
|---|---|---|---|
| 1101. Title services and lender's title insurance   (from GFE #4) | | 1,724.27 | |
| 1102. Settlement, Escrow or Closing Fee to WFG National Title Compa $ 928.20 | | | 1,746.30 |
| 1103. Owner's title insurance to WFG National Title Company   $ 1,310.72 (from GFE #5) | | 1,310.72 | |
| 1104. Lender's title insurance to WFG National Title Company   $ 796.07 | | | |
| 1105. Lender's title policy limit $ | | | |
| 1106. Owner's title policy limit $505,000 | | | |
| 1107. Agent's portion of the total title insurance premium   $ 1,731.60 | | | |
| 1108. Underwriter's portion of the total title insurance premium   $ 192.40 | | | |

| 1200. Government Recording and Transfer Charges | | | |
|---|---|---|---|
| 1201. Government recording charges   (from GFE #7) | | 195.00 | |
| 1202. Deed $   Mortgage $   Release $ | | | |
| 1203. Transfer taxes   (from GFE #8) | | | |
| 1204. City/County tax/stamps   Deed $   Mortgage $ | | | |
| 1205. State tax/stamps   Deed $   Mortgage $ | | | |
| 1206. Excise Tax to King County Treasurer   Deed $ | | | 9,501.30 |
| 1207. Aggregate Recording Fee to WFG National Title Company   $ 195.00 | | | 100.00 |

| 1300. Additional Settlement Charges | | | |
|---|---|---|---|
| 1301. Required services that you can shop for   (from GFE #6) | | | |
| 1302.   $ | | | |
| 1303.   $ | | | |
| 1304. Lien Release Fee to Lumin Brokers | | | 2,500.00 |
| 1305. Attorney Fee to Edmund J. Wood | | | 2,500.00 |
| 1306. Processing Fee to Lumin Brokers | | 7,575.00 | |
| 1307. Bankruptcy Trustee Fee to Edmund J. Wood | | 28,500.00 | |
| 1308. Utilities (POC 490.13 by LB) to City of Bellevue Utilities | | | |
| 1309. King County Sewage Assessment to King County Sewer Capacity | | | 1,714.50 |
| 1310. Outstanding HOA Balance to Brownstones c/oCole Property M | | | 1,710.00 |
| 1311. HOA Lien (POC 1953.42 by Atty) to Brownstones c/oCole Property M | | | |
| 1312. 1st 1/2 2013 Taxes to King County Dept. of Finance | | 2,461.34 | |
| 1313. HOA Lien (POC 2009.87 by LB) to Brownstones c/oCole Property M | | | |

| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | 45,022.42 | 50,072.10 |
|---|---|---|---|

POCB = Paid outside of closing by Borrower  POCS = Paid outside of closing by Seller  POCL = Paid outside of closing by Lender  POCM = Paid outside of closing by Mortgage broker

Amerisave Mortgage Corp                                                                                                                   1013643

| Comparison of Good Faith Estimate (GFE) and HUD-1 Charges | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| **Charges That Cannot Increase** | HUD-1 Line Number | | |
| Our origination charge | # 801 | 5,745.00 | 5,745.00 |
| Your credit or charge (points) for the specific interest rate chosen | # 802 | (5,130.80) | (5,130.80) |
| Your adjusted origination charges | # 803 | 614.20 | 614.20 |
| Transfer taxes | #1203 | 0.00 | 0.00 |
| | **Total** | **614.20** | **614.20** |

| Charges That In Total Cannot Increase More Than 10% | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Government recording charges | #1201 | 100.00 | 195.00 |
| Appraisal fee | # 804 | 515.00 | 515.00 |
| Credit report | # 805 | 24.15 | 24.15 |
| Appraisal Review | # 808 | 210.00 | 210.00 |
| | **Total** | **849.15** | **944.15** |
| | Increase between GFE and HUD-1 Charges | $ 95.00 or | 11.19 % |

| Charges That Can Change | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Initial deposit for your escrow account | #1001 | 3,077.52 | 820.48 |
| Daily interest charges | # 901  $42.8904 /day | 1,115.14 | 1,072.26 |
| Homeowner's insurance | # 903 | 0.00 | 0.00 |
| Title services and lender's title insurance | #1101 | 1,959.92 | 1,724.27 |
| Owner's title insurance | #1103 | 1,310.72 | 1,310.72 |

## Loan Terms

| | |
|---|---|
| Your initial loan amount is | $ 404,000.00 |
| Your loan term is | 30 years |
| Your initial interest rate is | 3.875 % |
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | $ 1,899.76 includes<br>■ Principal<br>■ Interest<br>☐ Mortgage Insurance |
| Can your interest rate rise? | ■ No. ☐ Yes, it can rise to a maximum of ____ %. The first change will be on ____ and can change again every ____ after ____ . Every change date, your interest rate can increase or decrease by ____ %. Over the life of the loan, your interest rate is guaranteed to never be lower than ____ % or higher than ____ %. |
| Even if you make payments on time, can your loan balance rise? | ■ No. ☐ Yes, it can rise to a maximum of $ ____ . |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | ■ No. ☐ Yes, the first increase can be on ____ and the monthly amount owed can rise to $ ____ . The maximum it can ever rise to is $ ____ . |
| Does your loan have a prepayment penalty? | ■ No. ☐ Yes, your maximum prepayment penalty is $ ____ . |
| Does your loan have a balloon payment? | ■ No. ☐ Yes, you have a balloon payment of $ ____ due in ____ years on ____ . |
| Total monthly amount owed including escrow account payments | ☐ You do not have a monthly payment for items, such as property taxes and homeowner's insurance. You must pay these items directly yourself.<br>■ You have an additional monthly escrow payment of $ 410.22 that results in a total initial monthly amount owed of $ 2,309.98 . This includes principal, interest, any mortgage insurance and any items checked below:<br>■ Property taxes ■ Homeowner's Insurance<br>☐ Flood Insurance ☐ ____<br>☐ ____ ☐ ____ |

**Note:** If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your lender.

File Number: 30078799 - 327 - JE4

## Payoff Addendum

### BREAKDOWN OF PAYOFF ON HUD line 504

Payoff to: SPS

Loan #: 00112212312

| Description | Amount |
|---|---|
| Principal Balance | 450,962.61 |
| Interest | 0.00 |
| Additional | 1,797.31 |
| Total Payoff | 452,759.92 |
| **Total as shown on HUD line #504.** | **452,759.92** |
File Number: 30078799 - 327 - JE4

## Payoff Addendum

### BREAKDOWN OF PAYOFF ON HUD line 504

Payoff to: SPS

Loan #: 00112212312

| Description | Amount |
|---|---|
| Principal Balance | 450,962.61 |
| Interest | 0.00 |
| Additional | 1,797.31 |
| Total Payoff | 452,759.92 |
| **Total as shown on HUD line #504.** | **452,759.92** |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

**BUYER(S):**

_____  Date: _____

Ziying Wen

**SELLER(S):**

Edmund J. Wood, Trustee

_____  Date: _____

**SETTLEMENT AGENT:**

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause funds to be disbursed in accordance with this statement.

_____  Date: 3-8-13

WFG National Title Company